FRANK E. BARBER, Appellant, v. MORRIS SINGER, Respondent.— Appeal dismissed, without costs, and matter remitted to the Supreme Court for further

action as the parties may be advised, on the ground that there being no findings of fact or conclusions of law, there was no decision which authorized the entry of the judgment appealed from. Under such circumstances an appeal is unwarranted. (*Sautter* v. *Frick*, 227 App. Div. 760, and cases there cited.) All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.